UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL E. JACQUES,

              Plaintiff,

v.

C. HEARN,

              Defendant.

No. 2:23-cv-02714-DJC-SCR

ORDER

On January 1, 2025, the Court adopted the Findings and Recommendations of the Magistrate Judge and dismissed this action without prejudice for Plaintiff's failure to pay the filing fee. (ECF No. 11.) Judgment was entered and the case was closed. (ECF No. 12.) Plaintiff subsequently filed two Motions for Reconsideration (ECF Nos. 13, 14), which the Court denied (ECF No. 15). Currently pending are several motions that have been filed by Plaintiff months after the closure of this action.

*First*, Plaintiff filed two additional Motions seeking reconsideration of the Court's prior order (ECF Nos. 16, 17). For the reasons stated in the Court's prior Order, these Motions are DENIED.

*Second,* Plaintiff filed a motion requesting a "stay of proceedings." (ECF No. 18.) As this action is closed, Plaintiff's motion is moot as there are no ongoing

proceedings to stay.  Accordingly, Plaintiff's Motion to Stay Proceedings (ECF Nos. 18) is DENIED AS MOOT.

*Third*, Plaintiff filed a motion seeking records on paid amounts on pending cases before the Court.  This request is not properly filed in a closed action.  As such, this Motion (ECF No. 19) is DENIED.

*Fourth*, Plaintiff filed a Motion requesting "to proceed without being obligated to pay the full filing fee." (ECF No. 20.)  Plaintiff's request to proceed In Forma Pauperis was denied based on an inadequate showing of indigency, and Plaintiff was ordered to pay the filing fee in full.  (ECF No. 9 at 3.)  Plaintiff failed to pay the filing fee, resulting in the dismissal of this action.  (*See* ECF Nos. 10, 11.)  Plaintiff's Motion, made months after the closure of this action, does not state a valid basis for the Court to reconsider its prior order and reopen this action.  Accordingly, Plaintiff's Motion (ECF No. 20) is DENIED.

No further filings will be accepted in this closed action.

IT IS SO ORDERED.

Dated:   **March 31, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2